LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 West Main Street
Denville, New Jersey 07834
Tel:  (973) 453-2838
Fax:(973) 453-2869
*Attorneys for Debtors*
Scott J. Goldstein, Esq. (SG1837)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| In Re:<br><br>Savage, Carl Green, Charlene<br><br>　　Chapter 7 Debtors. | **Case No. 14-19310**<br><br>Chapter 7<br><br>Hon. Stacey L. Meisel |
| Carl Savage,<br><br>　　Plaintiff<br><br>　　　　-v-<br><br>New Jersey Higher Education Student Assistance Authority, SLM Corporation, a/k/a Sallie Mae; American Education Services; Navient, Inc; Pennsylvania Higher Education Assistance Agency<br><br>　　Defendant | **Adversary Proceeding No. 14-1712** |

The within matter having been amicably adjusted between the parties, it is therefore:

**STIPULATED AND AGREED**, between the undersigned , being counsel to all the parties active in the within adversary proceeding that the within matter be dismissed *with prejudice* with each party to bear its own costs.

Dated March 11, 2016

| **LAW OFFICES OF** | **LAW OFFICES OF** |
| **SCOTT J. GOLDSTEIN, LLC** | **RICHARD W. KREIG, LLC** |

By:  /s/Scott J. Goldstein        By:  /s/John T. Grogan
    SCOTT J. GOLDSTEIN                JOHN T. GROGAN
    *Attorney for Plaintiff*              *Attorneys for Defendant*
    280 West Main Street              17 Prospect Street
    Denville, NJ 07834                Morristown, NJ 07960
    Phone: 973-453-2838              Phone: 973-753-0699
    Fax:    973-453-2869              Fax:    973-718-4357
    sjg@sgoldsteinlaw.com            jgrogan@kreig-law.com